STATE OF FLORIDA on the relation of C. B. PALMER, *Relator*, v. FRANK STOUTAMIRE as Sheriff of Leon County, Florida, *Respondent*.

En Banc.

PER CURIAM.—On the authority of the opinion in the case of State ex rel. Bradford v. Stoutamire as Sheriff, this day filed, it is ordered and adjudged by the Court that the relator herein should be discharged from custody with his costs in this behalf expended.

All concur.